IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CARROLL E. HEATHERLY, as        )
Independent Administrator of    )
the Estate of MARGARET M.       )
HEATHERLY, deceased, and        )
CARROLL E. HEATHERLY,           )
                                )
             Plaintiffs,        )       8:01CV332
                                )
        v.                      )
                                )
MIDWEST SPECIALIZED             )       ORDER
TRANSPORTATION; and DAVID       )
GILBERTSON,                     )
                                )
             Defendants.        )
_____ )
```

IT IS ORDERED that a scheduling conference will be held in this matter in the chambers of the undersigned on:

**Thursday, October 27, 2005, at 10:30 a.m.**

to establish a trial date.  The parties may participate by telephone by notifying Judge Strom's office prior to that date.

DATED this 30th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court