IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARROLL E. HEATHERLY, as Independent Administrator of the Estate of MARGARET M. HEATHERLY, deceased, and CARROLL E. HEATHERLY, )<br>Plaintiffs, )<br>v. )<br>MIDWEST SPECIALIZED TRANSPORTATION; and DAVID GILBERTSON, )<br>Defendants. ) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:01CV332<br><br><br>ORDER |

IT IS ORDERED that a scheduling conference will be held in this matter in the chambers of the undersigned on:

**Thursday, November 17, 2005, at 8:30 a.m.**

to establish a trial date.  The parties may participate by telephone by notifying Judge Strom's office prior to that date.

DATED this 3rd day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court