IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| CARROLL E. HEATHERLY, as Independent Administrator of the Estate of MARGARET M. HEATHERLY, deceased, and CARROLL E. HEATHERLY,<br><br>           Plaintiffs,<br><br>      v.<br><br>MIDWEST SPECIALIZED TRANSPORTATION; and DAVID GILBERTSON,<br><br>           Defendants. | 8:01CV332<br><br><br>ORDER |

After conference with counsel,

IT IS ORDERED that trial of this matter is scheduled for:

**Monday, April 3, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court