IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CARROLL E. HEATHERLY, as        )
Independent Administrator of    )
the Estate of MARGARET M.       )
HEATHERLY, Deceased, and        )
CARROLL E. HEATHERLY,           )
Individually,                   )
                                )
            Plaintiffs,         )
                                )           8:01CV332
       v.                       )
                                )
MIDWEST SPECIALIZED             )           JUDGMENT
TRANSPORTATION, and DAVID       )
GILBERTSON,                     )
                                )
            Defendants.         )
                                )
       v.                       )
                                )
STEVEN ALEXANDER,               )
                                )
     Third Party Defendant.     )
_____)
```

Pursuant to the verdict returned by the jury,

IT IS ORDERED:

1) Judgment be entered in favor of Carroll E. Heatherly as Independent Administrator of the Estate of Margaret M. Heatherly, Deceased, and against:

        a) Midwest Specialized Transportation and David Gilbertson in the amount of $1,840,000.00;

        b) Steven Alexander in the amount of $2,760,000.00,

said judgment to be several and not joint.

2) Judgment be entered in favor of Carroll E. Heatherly, Individually, and against:

>   a) Midwest Specialized Transportation, David Gilbertson and Steven Alexander for economic damages in the amount of $1,000,000.00.

This judgment is joint and several.

>   b) Midwest Specialized Transportation and David Gilbertson for non-economic damages in the amount of $400,000.00.
>
>   c) Steven Alexander for non-economic damages in the amount of $600,000.00

This judgment is several and not joint.

3) These judgments shall be with interest at the rate of 4.82 per cent per annum, until paid in full, together with the taxable costs of this action.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court