IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARROLL E. HEATHERLY, as Independent Administrator of the Estate of MARGARET M. HEATHERLY, deceased, and CARROLL E. HEATHERLY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:01CV332 |
| v. | ) ) | |
| MIDWEST SPECIALIZED TRANSPORTATION; and DAVID GILBERTSON, | ) ) ) ) | ORDER AND JUDGMENT |
| Defendants, | ) ) | |
| v. | ) ) | |
| STEVEN ALEXANDER, | ) ) | |
| Third-Party Defendant. | ) ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendants' renewed motion for judgment as a matter of law and alternatively, motion for a new trial or, in the further alternative, motion for remittitur (Filing No. 224) is denied.

DATED this 22nd day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court