IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARROLL E. HEATHERLY, as Independent Administrator of the Estate of MARGARET M. HEATHERLY, Deceased, and CARROLL E. HEATHERLY, THOMAS C. HEATHERLY, MARGARET C. HEATHERLY, BRIDGET C. HEATHERLY, and PATRICK B. HEATHERLY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST SPECIALIZED TRANSPORTATION, and DAVID GILBERTSON,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>STEVEN ALEXANDER,<br><br>Third-Party Defendant. | CASE NO. 8:01CV332<br><br>**AMENDED PARTIAL SATISFACTION OF JUDGMENT AS TO JUDGMENT AGAINST DEFENDANTS MIDWEST SPECIALIZED TRANSPORTATION AND DAVID GILBERTSON** |

Come now the Plaintiffs, Carroll E. Heatherly, as Independent Administrator of the Estate of Margaret M. Heatherly, Deceased, and Carroll E. Heatherly, Thomas C. Heatherly, Margaret C. Heatherly, Bridget C. Heatherly, and Patrick Heatherly, Individually, and state to the Court that the judgment entered against Defendants Midwest Specialized Transportation and David Gilbertson has been satisfied, pursuant to a settlement reached with Defendants Midwest Specialized Transportation and David Gilbertson. Notwithstanding, however, the judgment against Third-Party Defendant, Steven Alexander, has not been satisfied.

DATED this _16_ day of _April_, 2007.

                CARROLL E. HEATHERLY, as Independent
                Administrator of the Estate of MARGARET M.
                HEATHERLY, Deceased, and CARROLL E.
                HEATHERLY, THOMAS C. HEATHERLY,
                MARGARET C. HEATHERLY, BRIDGET C.
                HEATHERLY, and PATRICK B. HEATHERLY,
                Individually, Plaintiffs,

By: _____
                Michael K. Demetrio
                CORBOY & DEMETRIO, P.C.
                33 North Dearborn Street
                Suite 2100
                Chicago, Illinois 60602
                (312) 346-3191

                Attorneys for Plaintiffs


                MIDWEST SPECIALIZED
                TRANSPORTATION and
                DAVID GILBERTSON, Defendants

By: _____
                Thomas A. Grennan (#15675)
                John A. Svoboda (#19888)
                Francie C. Riedmann (#20143)
                GROSS & WELCH, P.C., L.L.O.
                2120 South 72nd Street, Suite 1500
                Omaha, Nebraska 68124-2342
                Telephone: (402) 392-1500
                Facsimile: (402) 991-9176
                tgrennan@grosswelch.com
                jsvoboda@grosswelch.com
                friedmann@grosswelch.com

                Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 17, 2007, the above and foregoing Amended Partial Satisfaction of Judgment As To Judgment Against Defendants Midwest Specialized Transportation and David Gilbertson was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Michael K. Demetrio | mkd@corboydemetrio.com |
| Paul W. Madgett | office@cullanlaw.omhcoxmail.com |
| Daniel B. Cullan | office@cullanlaw.omhcoxmail.com |
| William T. Gibbs | bgibbs@corboydemetrio.com |
| Jeffrey J. Lux | Jeffrey.lux@ago.ne.gov |

A copy was served via regular United States mail upon the following:

Steven Alexander
26709 N.W. 182nd Avenue
High Springs, Florida  32643

38-49/522209

3